U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| David Welles v. Sprintcom Inc. and Sprint Spectrum L.P. | FILED: AUG. 07, 2008<br>08CV4463<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE DENLOW<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sprintcom Inc. and Sprint Spectrum L.P.

| |
|---|
| NAME (Type or print)<br>Rebecca Ray |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rebecca Ray |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg, LLP |
| STREET ADDRESS<br>200 W. Madison Street, Suite 3900 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283807 | TELEPHONE NUMBER<br>(312) 984-3100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐