IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID WELLES, Individually and as a Representative of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINTCOM INC. and SPRINT SPECTRUM L.P., d/b/a SPRINT GROUP,<br><br>Defendants. | Case No. 08-CV-4463-MFK-MD |

**SPRINT SPECTRUM L.P. AND SPRINTCOM INC.'S
NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule 3.2, defendants Sprint Spectrum L.P. and SprintCom, Inc. ("Defendants") hereby submit their Notification as to Affiliates:

Sprint Spectrum L.P. is a Delaware limited partnership whose ultimate corporate parent is Sprint Nextel Corporation. The partners of Sprint Spectrum L.P. are Sprint Spectrum Holding Company, L.P. (99%) and MinorCo, L.P. (1%).

Sprintcom, Inc. is a Kansas Corporation and a wholly owned subsidiary of Sprint Nextel Corporation.

          Respectfully submitted,

          BARACK, FERRAZZANO,
          KIRSCHBAUM & NAGELBERG

          *s/ Mark S. Bernstein*
          MARK S. BERNSTEIN
          200 West Madison Street, Suite 3900
          Chicago, Illinois 60606
          (312) 984-3214
          (312) 984-3220 Facsimile

and

SHUGHART THOMSON & KILROY, P.C.
RUSSELL S. JONES, Jr.
Twelve Wyandotte Plaza
120 West 12th Street, Suite 1600
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 Facsimile

ATTORNEYS FOR DEFENDANTS
SPRINT SPECTRUM L.P. and
SPRINTCOM INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28TH day of August, 2008, a true and correct copy of the foregoing document was filed with the Court's ECF system, which sent a copy to:

Phillip A. Bock
James M. Smith
Bock & Hatch LLC
134 N. LaSalle Street, Suite 1000
Chicago, Illinois 60602
Phone: (312) 658-5500
Fax: (312) 658-5555
Attorneys for Plaintiff
Attorney No. 44355

                           _s/ Mark S. Bernstein_
                           ATTORNEY FOR DEFENDANTS

2359419.01